

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD**. and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

On March 12, 2019, Jessica L. Lambert, attorney of record for appellees TCW Helotes Ranch Ltd. and Tuleta White, filed an unopposed Motion to Withdraw as Counsel. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

Counsel's motion to withdraw is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court